CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
SEP - 6 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT EDWARD PATTERSON, )<br>Petitioner, ) | Civil Action No. 7:07CV00344 |
| v. ) | ORDER |
| GENE M. JOHNSON, DIRECTOR )<br>OF THE VIRGINIA DEPARTMENT )<br>OF CORRECTIONS, )<br>Respondent. ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's Motion to Dismiss shall be and hereby is **GRANTED** and Patterson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**. Patterson's Motion for an Evidentiary Hearing (Dkt. No. 20), Motion for Discovery (Dkt. No. 21), Motion to Expand the Record (Dkt. No. 22), and Motion to Appoint Counsel (Dkt. No. 23) are all **DENIED**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to Petitioner.

ENTER: This 6th day of September, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge